**Exhibit A to the Complaint**

**Location:** Chula Vista, CA  
**Total Works Infringed:** 55

**IP Address:** 72.220.235.130  
**ISP:** Cox Communications

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | CA6793939D654C47FE31565DEAA9688EE3A52BB9 | Blacked | 09/12/2017 01:50:04 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 2 | 0353EDB69941528536E11A493F548BF96A245B01 | Blacked | 10/02/2017 19:12:30 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 3 | 062CDC81DCCABB164846E9C49DB22DFA1E83BF8F | Blacked | 08/10/2017 00:48:00 | 08/03/2017 | 08/17/2017 | 15732904092 |
| 4 | 0689F5B7C09924B5D607BC2F59BB37B4A04BB8A7 | Tushy | 10/23/2017 18:33:19 | 10/23/2017 | 11/15/2017 | 16013254380 |
| 5 | 06E7F8EA128D13A9DE971A1F9ABF96BFED81099C | Blacked | 07/10/2017 20:27:49 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 6 | 0CDF86A602518C7F1A31CC13B95B33DA27AB3E08 | Vixen | 05/09/2017 19:37:55 | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 7 | 1C93EF754C5F3CFF9910E3CD36CE848233F3E761 | Tushy | 10/04/2017 17:30:04 | 10/03/2017 | 10/10/2017 | 15894022537 |
| 8 | 27340CAA2DE3C9A1F28DD11D2859C9478573CC6C | Blacked | 09/17/2017 20:08:37 | 09/17/2017 | 09/25/2017 | 15894023110 |
| 9 | 2A6DFDD33F61DF50E2B48747CF96F1FCE2600C2B | Blacked | 08/10/2017 00:46:37 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 10 | 2F34353C8FF9D1D5FA648F3F0B451E4816A6EB11 | Vixen | 10/09/2017 20:53:09 | 10/06/2017 | 10/22/2017 | 15918925981 |
| 11 | 33667B94092AF31F928CE3D84C6D84AFEF630F1D | Tushy | 07/05/2017 20:01:09 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 12 | 353CAC9D0DDDEABFEE157AFA24168328C7F32574 | Blacked | 06/14/2017 18:33:41 | 06/09/2017 | 07/06/2017 | 15584064165 |
| 13 | 364E39C6F9613FC089487AA8FDD712A2D15B370F | Vixen | 11/17/2017 00:09:31 | 11/15/2017 | 11/21/2017 | 16013342550 |
| 14 | 39DFAA99FA1AA7648262E044F6126BC379270C69 | Vixen | 08/25/2017 14:57:30 | 08/12/2017 | 08/17/2017 | 15732986308 |
| 15 | 46161EE4AD53F51B827C0DE61AE49F60447F3371 | Blacked Ra | 11/08/2017 21:13:41 | 11/08/2017 | 11/21/2017 | 16013185382 |
| 16 | 4951A079DF90D08F8E0135FDCC953E89FF8C3925 | Blacked | 09/11/2017 20:51:35 | 08/23/2017 | 08/24/2017 | 15894022831 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 4B31859A8EEA0859D6BE3272B734E60D78E8E7CF | Blacked | 10/02/2017 19:06:28 | 10/02/2017 | 10/10/2017 | 15894022390 |
| 18 | 4CF5663D5849453144E78B91E09BF0310BD450C2 | Tushy | 10/28/2017 19:32:55 | 10/28/2017 | 11/15/2017 | 16013254281 |
| 19 | 5014216A33D071DE05C5B5638578B93BEEF5E22F | Blacked | 09/11/2017 20:49:39 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 20 | 5776278299947461E113DFCF438B2DA18563800D | Blacked | 05/23/2017 05:18:25 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 21 | 61C89629BC6D4CFA993E3E0AADC7C4F6BF767C84 | Vixen | 09/23/2017 21:35:39 | 09/21/2017 | 09/28/2017 | 15894022962 |
| 22 | 62C158095E2A08151A76D12A61B58262DCCF2801 | Blacked | 09/11/2017 21:11:00 | 08/13/2017 | 08/17/2017 | 15732986356 |
| 23 | 637501DAD15079A13A3C211E9BCCA26E8ADEB2F9 | Vixen | 10/27/2017 03:57:32 | 10/26/2017 | 11/15/2017 | 16013255040 |
| 24 | 6818D47CA3A764D6320C5AAB4047653559F79FF8 | Tushy | 09/09/2017 00:33:28 | 09/08/2017 | 09/20/2017 | PA0002052841 |
| 25 | 68DB34B33FE84E3FBEDA75792B5887D376FF8F37 | Tushy | 11/03/2017 18:36:09 | 11/02/2017 | 11/15/2017 | 16013254789 |
| 26 | 7316A9FD2EB7CFBDE69F47717337AE496AB2D15D | Tushy | 07/20/2017 18:45:04 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 27 | 74385DC5E3CBD530984F8105680D3A80620BAD83 | Tushy | 09/15/2017 19:00:49 | 09/13/2017 | 09/25/2017 | 15894022635 |
| 28 | 747F865521BB1A384E4E7D9858E74CC57BA47BAA | Blacked | 11/16/2017 23:53:22 | 11/16/2017 | 11/18/2017 | 16020392782 |
| 29 | 764FDD38D83A00D535CB830E41780DC4C615E87D | Tushy | 08/21/2017 18:28:08 | 08/19/2017 | 08/24/2017 | 15894022311 |
| 30 | 7981281271C18EEC1229896E6A9B1375D85C0BEA | Tushy | 10/09/2017 20:48:06 | 10/08/2017 | 10/22/2017 | PA0002058298 |
| 31 | 81FF0DAF08D700C715D5E6ADF568C70F4004A90B | Blacked | 08/21/2017 18:21:07 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 32 | 8EDCF96A6F6A3B8D48211CDCD164CD57BD647F1C | Tushy | 08/10/2017 00:19:12 | 08/09/2017 | 08/17/2017 | 15732986259 |
| 33 | 9202F53690D918A134BD9B463AACE90F06B7DADF | Tushy | 10/02/2017 19:12:30 | 09/28/2017 | 10/10/2017 | 15894022733 |
| 34 | 9CE533798D3E07BB80AA746ED7DB82D68B78C5CC | Tushy | 09/05/2017 19:45:41 | 09/03/2017 | 09/10/2017 | PA0002052851 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 9FAC5B8C0E39AE67B4063D844A06BE3CB5C38A9A | Blacked | 10/23/2017 18:23:45 | 10/22/2017 | 11/15/2017 | PA0002063627 |
| 36 | A26F54E1A800E6875CE17C2C9BE659391DFD074C | Tushy | 06/15/2017 23:41:23 | 06/15/2017 | 07/06/2017 | 15583057198 |
| 37 | A45704FE9BC238215B06AB1C54A7053A3388F6B7 | Blacked | 10/27/2017 18:16:27 | 10/27/2017 | 11/15/2017 | 16016503839 |
| 38 | A537F45B74AFA156DACF28514896212E1118035D | Blacked Ra | 11/13/2017 23:42:30 | 11/13/2017 | 11/21/2017 | 16020392832 |
| 39 | A5C967FF83531A6C2ED9BA40A9613ECD19D16429 | Blacked | 11/02/2017 00:20:36 | 11/01/2017 | 11/15/2017 | 16013342262 |
| 40 | A9249CC4025326CE60DF2AEB5718ECEFA83314CB | Vixen | 08/28/2017 06:32:01 | 08/27/2017 | 09/07/2017 | PA0002052843 |
| 41 | B7407806427A38D8CFA2FCC6FDB2EC2A21B722C9 | Tushy | 05/31/2017 20:42:53 | 05/31/2017 | 06/22/2017 | PA0002039299 |
| 42 | C225EC765B43CE2B4FEBF10BA9EB2D7ADACFC56A | Tushy | 06/30/2017 22:25:34 | 06/30/2017 | 07/06/2017 | 15584063421 |
| 43 | C90FD0F0DCE6EC1EC95E539C013FB8BC92332C3B | Tushy | 08/24/2017 19:25:32 | 08/24/2017 | 08/24/2017 | PA0002052837 |
| 44 | CA1294C4E06FF1D1312672DE959BC65E8C25A186 | Blacked | 09/13/2017 19:18:31 | 09/12/2017 | 09/20/2017 | PA0002052846 |
| 45 | D4CD15C2089D7B85183EF48A0449321CE6FAF158 | Vixen | 09/17/2017 19:53:15 | 09/16/2017 | 09/25/2017 | 15894022913 |
| 46 | D6D742455C65AC6E0779DA1B0EF9402D70893310 | Blacked | 07/14/2017 18:46:24 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 47 | D7B23ECBFDFC46F3284B4E38EAAFAAC474EB0199 | Tushy | 08/21/2017 18:18:57 | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 48 | DC22E159FB37D184F1440A51DD682ED3CE59A2C3 | Tushy | 07/31/2017 17:27:43 | 07/30/2017 | 08/11/2017 | 15711086778 |
| 49 | DCB6C765BF1C5AB727C35FC7A6C6AE6400CEEC8B | Tushy | 07/10/2017 20:37:06 | 07/10/2017 | 08/17/2017 | 15732782072 |
| 50 | DCC9C2A5EC0143CD63F624F7BACED654A6D6FDF9 | Tushy | 11/13/2017 18:29:33 | 11/12/2017 | 11/21/2017 | 16013342441 |
| 51 | DDF08C7126CBE898C118E0EEC290C1697E47702F | Tushy | 06/20/2017 23:28:19 | 06/20/2017 | 07/06/2017 | 15584063275 |
| 52 | EAB7B112FD1CC182251AAFEC7965366C5FF5019B | Vixen | 10/23/2017 18:31:17 | 10/21/2017 | 11/15/2017 | 16016503512 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | F2A2C89A5B342484EA4401C1CD57289AD6F15CF6 | Blacked | 11/13/2017 18:26:45 | 11/11/2017 | 11/21/2017 | 16016503414 |
| 54 | F2B7C49089BD692AE47B98A615B5A44B2B46CAA0 | Blacked | 11/06/2017 20:22:24 | 11/06/2017 | 11/15/2017 | 16013342719 |
| 55 | FD2F60A4980CF32CD2678C3F7967AFC1192FFF55 | Vixen | 09/02/2017 17:29:59 | 09/01/2017 | 09/07/2017 | PA0002052845 |